IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SARAH EVANS BARKER,<br>W. ROYAL FURGESON JR.,<br>LAWRENCE L. PIERSOL,<br>MARSHA S. BERZON,<br>ALLYSON K. DUNCAN,<br>J. MICHAEL SEABRIGHT, and<br>ALAN H. NEVAS,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 1:12-cv-00826-EGB<br><br>The Hon. Eric G. Bruggink |

**STATUS REPORT AND STIPULATION OF DISMISSAL**

On November 30, 2012, plaintiffs filed a Class Action Complaint and a Motion for Class Certification in this action bought on behalf of current and former judges appointed under Article III of the Constitution of the United States. (Dkt. 1; Dkt. 4.) Pursuant to this Court's orders, the proceedings were stayed pending negotiation and implementation of an administrative process to resolve the claims in this matter. (Dkt. 45.) As a result, the United States has not filed an answer to the Class Action Complaint, and this Court has not ruled on the Motion for Class Certification. Following the parties' negotiations, the United States implemented an administrative process that resolved the monetary claims asserted by the named plaintiffs in this action. In addition, the United States provided all members of the proposed class an opportunity to participate in the same administrative process. According to the Administrative Office of the U.S. Courts, with one exception, all eligible claims have now been resolved; the remaining potentially eligible

claim belongs to a beneficiary of a deceased judge whom the Administrative Office has made numerous efforts to locate without success.

Now, therefore, the parties to this action, through counsel, hereby stipulate as follows:

1.  Pursuant to RCFC 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action.

2.  The parties shall each bear their own costs, expenses, and legal fees in this case.

Dated this 5th day of November, 2015.

| | |
|---|---|
| SUSMAN GODFREY L.L.P. | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| */s/ Harry P. Susman* | |
| | ROBERT E. KIRSCHMAN, JR.<br>Director |
| Harry P. Susman<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Fax: (713) 654-6666<br>Email: hsusman@susmangodfrey.com | *s/ Reginald T. Blades, Jr.*<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>*s/ L. Misha Preheim*<br>L. MISHA PREHEIM<br>Senior Trial Counsel<br>Commercial Litigation Branch |
| Of Counsel: | U.S. Department of Justice<br>Attn: Classification Unit |
| Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Fax: (310) 789-3150<br>Email: mseltzer@susmangodfrey.com | 1100 L Street, N.W., 8th Floor<br>Washington, DC 20530<br>misha.preheim@usdoj.gov<br>Tel: (202) 305-3087<br>Fax: (202) 514-8640 |
| Daniel J. Shih<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>Email: dshih@susmangodfrey.com | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFFS** | |

3

**CERTIFICATE OF FILING**

    I hereby certify that I electronically filed the foregoing document on this 5th day of November 2015. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that the parties may access this filing through the Court's system.

                                                       */s/ Harry P. Susman*
                                                       Harry P. Susman